```
1  SHARON L. NELSON
   Nevada Bar No. 6433
2  NICHOLAS L. HAMILTON
   Nevada Bar No. 10893
3  NELSON LAW
4  8670 W. Cheyenne Avenue, Suite 120
   Las Vegas, NV  89129
5  Telephone: (702) 247-4529
6  Facsimile:  (702) 737-4529
   Attorneys for Plaintiff
7  Guy Sunada
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUY SUNADA, | Case No.: 2:08-cv-01027-RCJ-LRL |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, ROE Corporations I-X and DOES I-X; Inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel of record, Sharon L. Nelson on behalf of Plaintiff, Guy Sunada and

//

//

F. Travis Buchanan on behalf of Defendant, Clark County School District, that the above-entitled action may be dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 17 day of November 2010.

| **Office of General Counsel, Clark County School District** | **NELSON LAW** |
|---|---|
| /s/ F. TRAVIS BUCHANAN<br>Nevada Bar No. 9371<br>5100 W. Sahara Avenue<br>Las Vegas, NV  89146<br>Attorneys for Defendant<br>Clark County School District | /s/ Nicholas Hamilton<br>SHARON L. NELSON<br>Nevada Bar No. 6433<br>NICHOLAS L. HAMILTON<br>Nevada Bar No. 10893<br>8670 W. Cheyenne Avenue, Suite 120<br>Las Vegas, NV  89129<br>Attorneys for Plaintiff<br>Guy Sunada |

**IT IS SO ORDERED.**

DATED this 29th day of November 2010.

_____
DISTRICT/MAGISTRATE JUDGE